# United States Court of Appeals

### For the Eighth Circuit

_____

No. 13-2173

_____

United States of America

*Plaintiff - Appellee*

v.

Scott Allen Gibbons

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Council Bluffs

_____

Submitted: December 30, 2013
Filed: January 9, 2014
[Unpublished]

_____

Before LOKEN, BOWMAN, GRUENDER, Circuit Judges.

_____

PER CURIAM.

Scott Gibbons pleaded guilty to receiving child pornography in violation of 18 U.S.C. § 2252(a)(2). The district court[1] imposed a sentence of 168 months in prison

---

[1]The Honorable Stephanie M. Rose, United States District Judge for the Southern District of Iowa.

and 10 years of supervised release.  On appeal, Gibbons's counsel has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the sentence is substantively unreasonable because it was greater than necessary to achieve the goals of sentencing.

We will apply a presumption of reasonableness to the sentence, which fell within the uncontested Guidelines range, and we therefore conclude that the district court did not abuse its discretion.  <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (standard of review).  Further, having independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we have found no nonfrivolous issues.  Accordingly, we affirm the judgment.

_____